Opinion issued May 21, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00027-CV

____________


PETER BRYANT MERRITT AND PETER B. MERRITT, LLC D/B/A
REALTY ASSOCIATES, Appellants


V.


DONNA E. GUTIERREZ, Appellee






On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2006-60592






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss the appeal, stating that they
have reached a settlement of the matter and no longer desire to prosecute and defend
the appeal. No opinion has issued. Accordingly, the motion is granted, and the
appeal is dismissed. See Tex. R. App. P. 42.1(a)(2)(A).

 Pursuant to their joint motion to dismiss the appeal, the Harris County District
Clerk is ORDERED to release from its Registry all of the funds being held in Cause
No. 2006-60592; Donna E. Gutierrez v. Peter Bryant Meritt and Peter B. Merritt,
LLC d/b/a Realty Associates; in the 133rd District Court of Harris County, Texas, in
Tendered Account No. 63109 and Supersedeas Account No. 64417, plus all interest
accrued on these funds to Peter Bryan Merritt whose address is Peter Meritt, Realty
Associates, 9525 Katy Frwy. #142, Houston, Texas 77024. Id.

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Taft and Sharp.